IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02312-PAB-CBS

RICKY TAWATER,

      Plaintiff,

v.

BRETT RILEY,

      Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

      This matter comes before the Court on the plaintiff's Motion to Dismiss With Prejudice [Docket No. 15].  The Court has reviewed the pleading and is fully advised in the premises.  It is

      **ORDERED** that the Motion to Dismiss With Prejudice [Docket No. 15] is GRANTED.  It is further

      **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

      DATED November 29, 2012.

                        BY THE COURT:

                        s/Philip A. Brimmer_____
                        PHILIP A. BRIMMER
                        United States District Judge